3 So.2d 926
## Virgil ST. CLAIR v. STATE.
### 8 Div. 96.
Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

1 So.2d 926
## Jay Gould SAMPLES, Jr. v. STATE.
### 8 Div. 907.

Court of Appeals of Alabama.
March 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

11 So.2d 174
## Hattie Mae SANDERS v. STATE.
### 6 Div. 927.

Court of Appeals of Alabama.
Dec. 15, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

1 So.2d 48
## Tom SANDERS v. Mrs. R. H. SANDERS, Adm'x, etc.
### 6 Div. 701.

Court of Appeals of Alabama.
Jan. 14, 1941.

Herman J. Stewart and W. E. James, both of Cullman, for appellant.
Erney Bland, of Cullman, for appellee.

SIMPSON, Judge.
Appeal dismissed on motion of appellant.

---

1 So.2d 48
## John (alias John E.) SAWYER v. STATE.
### 6 Div. 694.

Court of Appeals of Alabama.
Jan. 16, 1941.

Jim Gibson, of Birmingham, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

---

1 So.2d 49
## Benjamin (alias Ben) SCHRIMSHER v. STATE.
### 8 Div. 18.

Court of Appeals of Alabama.
Feb. 4, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.